# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JESUS GONZALEZ,
    Plaintiff

v.                                        CASE NUMBER: 09CV0384

VILLAGE OF WEST MILWAUKEE,
CHARLES DONOVAN,
PATRICK KRAFCHECK,
CITY OF CHILTON, and
MICHAEL YOUNG,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is **GRANTED**, and this case is **DISMISSED.**

| | |
|---|---|
| May 11, 2010 | Jon W. Sanfilippo |
| Date | Clerk |
| | /s |
| | (By) Deputy Clerk |